UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  Waldo Townes                                          CHAPTER 7
       DEBTOR                                           CASE NO.  05-11737-SDM

JEFFREY A. LEVINGSTON, Trustee                    PLAINTIFF

VS.                                               ADVERSARY PROCEEDING NO.  _____

WALDO TOWNES,
CHAFFIN LUHANA LAW FIRM, LLP, and
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC   DEFENDANTS

## COMPLAINT TO DETEMINE STATUS OF ASSET

COMES NOW Jeffrey A. Levingston, duly appointed and acting Trustee in the above Chapter 7 case, and would respectfully show unto the Court as follows:

1. The Defendant, Waldo Townes, is the Debtor herein.  The Defendants, Chaffin Luhana Law Firm,LLP, and Aylstock, Witkin, Kreis & Overholtz, PLLC, are attorneys contracted by the Debtor to represent him in the litigation hereinafter described.

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 *USC* §§1334 and 157.

3. The Debtor/Defendant, Waldo Townes, filed a no-asset petition for relief under Chapter 7 of the Bankruptcy Code on March 14, 2005, and thereafter the undersigned was appointed Trustee.  On or about June 16, 2005, the undersigned Trustee submitted his Trustee's Report of No Distribution based on the schedules and testimony in the case, and the Final Decree/Order Closing Case was entered on August 8, 2005.

1

4. Thereafter, the undersigned became aware of a potential asset in the form of a settlement of claims pending in class action litigation in which the Debtor/Defendant is one of numerous plaintiffs seeking compensation from the manufacturer of a failed hip implant device. On or about November 19, 2020, the case was reopened for administration of the asset litigation, which was not disclosed in the initial bankruptcy schedules. The undersigned has been reappointed as Trustee.

5. Based on information received, Trustee contends that the $75,000.00 gross settlement awarded to Debtor/Defendant is property of the bankruptcy estate to be administered for the benefit of creditors. The Debtor/Defendant received his hip implant device on or about May 10, 2004, prior to the filing of his Chapter 7 bankruptcy petition, and on or about August 29, 2017, underwent revision surgery due to metalosis which was apparently caused by the initial implant device. Trustee asserts that the metalosis for which the revision surgery was necessary resulted from the initial device implantation on May 10, 2004, making May 10, 2004, the actual date of injury for which the settlement was awarded.

6. The Defendant Attorneys contend that August 29, 2017, the date of the revision surgery, is the date of injury for which settlement was awarded and that the settlement proceeds are property of the Debtor and not his bankruptcy estate.

WHEREFORE, said Trustee prays that process issue for the Defendants requiring them to answer and hereafter appear and provide evidence that the Debtor's class action litigation is not property of the bankruptcy estate, and upon a final hearing hereon this Court adjudicate that the Debtor's cause of action and settlement funds in the sum of

$75,000.00 are property of the Debtor's bankruptcy estate subject to administration by the Chapter 7 Trustee, and/or for such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED, this the 26th day of July, 2021.

    //s//  Jeffrey A. Levingston
Jeffrey A. Levingston, Trustee (MSB#1219)
Norquist, Levingston & Bailey, PLLC
PO Box 1327
Cleveland, MS  38732
662/843-2791
jleving@bellsouth.net

## CERTIFICATE OF SERVICE

      I, the undersigned, Jeffrey A. Levingston, do hereby certify that I have served a true and correct copy of the above and foregoing Complaint to Determine Status of Asset by either electronic transmission or United States mail, postage prepaid, to the following:

Waldo Townes
1300 Cross Street, Apt. E29
Cleveland, MS  38732

Roopal P. Luhana
Chaffin Luhana, LLP
600 Third Avenue, 12th Floor
New York, NY  10016

Justin Witkin
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL  32502

Office of US Trustee
Ronald.McAlpin@usdoj.gov
Abigail.M.Marbury@usdoj.gov

      This the 26th day of July, 2021.

                                              //s//  Jeffrey A. Levingston
                                              Jeffrey A. Levingston, Trustee