## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE: WALDO TOWNES, Debtor

| | |
|---|---|
| JEFFREY A. LEVINGSTON, Trustee, | CHAPER 7 Case No. 05-11737-SDM |
| Plaintiff, | |
| vs. | Adversary Proceeding No. 21-01021-SDM |
| WALDO TOWNES, CHAFFIN LUHANA LAW FIRM LLP, and AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC, | |
| Defendants. | |

-------------------------------------------------------------------------------------------------------------------

**JOINT STIPULATION OF EXTENSION OF TIME FOR DEFENDANTS TO FILE AN ANSWER TO COMPLAINT TO DETERMINE STATUS OF ASSET**

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff Trustee Jeffrey A. Levingston, counsel for Defendant Waldo Townes, and Defendants Chaffin Luhana LLP and Aylstock, Witkin, Kreis & Overholtz, PLLC, that all Defendants shall be granted an extension of time to file an Answer and/or responsive pleading to the Complaint to Determine Status of Asset, until and including September 27, 2021.

Date: August 25, 2021

BY: ___/s/ Jeffrey A. Levingston___
       Jeffrey A. Levingston, Trustee
       Norquist, Levingston & Bailey, PLLC
       P.O. Box 1327
       Cleveland, MS 38732
       E-mail: Jleving@bellsouth.net
       Phone: (662) 843-2791

*Plaintiff*

BY: /s/ Steven D. Cohn
Steven D. Cohn, Esq.
Roopal P. Luhana, Esq.
**CHAFFIN LUHANA LLP**
600 Third Ave., 12th Floor
New York, New York 10016
Email: cohen@chaffinluhana.com
Phone: (888) 480-1123

**Aylstock, Witkin, Kreis & Overholtz, PLLC**
17 E Main St #200
Pensacola, FL 32502
Phone: (850) 202-1010

*Counsel for Defendants*