UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  Waldo Townes                                       CHAPTER 7
       DEBTOR                                              CASE NO.  05-11737-SDM

JEFFREY A. LEVINGSTON, Trustee                             PLAINTIFF

VS.                                                        ADVERSARY PROCEEDING NO. 21-01021

WALDO TOWNES,
CHAFFIN LUHANA LAW FIRM, LLP, and
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC    DEFENDANTS

### PLAINTIFF'S VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

COMES NOW the Plaintiff, Jeffrey A. Levingston, duly appointed, qualified and acting Chapter 7 Trustee for the above Chapter 7 case, and voluntarily dismisses the above styled adversary proceeding without prejudice.

**RESPECTFULLY SUBMITTED,** this the 10th day of September, 2021.

                                  //s//  Jeffrey A. Levingston
                                Jeffrey A. Levingston, MSB#1219
                                Plaintiff/Chapter 7 Trustee
                                PO Box 1327
                                Cleveland, MS  38732
                                662/843-2791
                                jleving@bellsouth.net